UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HENRY D. WASHINGTON,

        Petitioner,

v.        Case No. 6:04-cv-1355-Orl-19KRS

FLORIDA ATTORNEY GENERAL, et al.,

        Respondents.

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 22)** |
| **FILED:** | **November 14, 2005** |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this __17th_____ day of November, 2005.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 11/17
Counsel of Record
Henry D. Washington